# Exhibit 4

## ... OF THE PURCHASING DEPARTMENT IN CONNECTION WITH ...OVERNMENT RESTRICTIONS ON MATERIALS WHICH HAVE AFFECTED COMPANY OPERATIONS

On June 2, 1941, the Purchasing Department was delegated the responsibility of administering within the Company Priorities Rules and Regulations regarding the materials, equipment and supplies required to maintain the Company's operations and to otherwise establish suitable contacts with the various war agencies to protect these operations from a material standpoint in the interest of the War Effort.

In order to discharge this responsibility, it was necessary for the Purchasing Department to set up procedures whereby those interested, in the various operating departments, were kept informed currently concerning governmental rules and regulations governing procurement and use of materials as well as the quantities which could be maintained in inventory. The magnitude of this undertaking can be better understood when it is remembered that during the war period annual purchases of materials, equipment and supplies have exceeded $60,000,000, and it has been found that the various Limitation, Conservation, Allocation and other restrictive orders issued gave the Government control over practically every known commodity and therefore directly influenced overall buying procedures and Company operations to a very substantial extent.

In analyzing the effect of the war on industry throughout the Nation, it would appear that there are three different periods through which the country has passed since the beginning

of the National Emergency and Declaration of War and which have formed the following pattern for war mobilization and war conversion:

(1) Organization and conversion of facilities program to determine and meet overall needs of the war effort.

(2) Construction of facilities for increased production of various raw materials and products to meet overall war demands.

(3) Stabilization of production after completion of construction to meet war needs.

Critical supply of materials became evident during the period of conversion, as outlined in (1) above, with the inauguration of the priorities system as the result. The rapidly developed program of construction of facilities to meet the tremendous war demands resulted in the second period. Due to the heavy demand for construction of facilities and for concurrent production of armament items, practically every known commodity and raw material became in a state of critical supply overnight. As a result there was an evident necessity for the immediate establishment of regulations and restrictions to channel raw materials and furnish products to those uses most important to the conduct of the war. The priorities system, evolved during the first period and expanded during the second period, together with a system of Government control was established to accomplish this requirement.

This may be better understood when it is made clear that approximately 1,100 rules and regulations were issued by war agencies referring to or regulating materials. These 1,100

regulations involved about 5,500 Orders, Regulations, Directions, Interpretations and Amendments. These figures do not include Maximum Price Regulations exceeding 500 in number and innumerable Rationing Orders which have affected to varying degrees material procurement procedures and Company Operations. To give a further idea of the scope of the effect of these regulations, it was thought that approximately half of the 1,100 Regulations were of sufficient importance to the operating departments that current interpretations were issued by the Purchasing Department. Those so distributed affected the Company's material requirements from the standpoint of one or more of the following:

1. Special priorities assistance to obtain or permit deliveries.

2. Restrictions on use, in many instances, requiring substitution or revision of operations.

3. Shortage or unavailability, in many instances, requiring substitution or revision in operations.

4. Special procedures to be followed for permission to obtain or use.

5. Special reporting requirements.

Although the establishment of the Office of the Petroleum Coordinator (later the Petroleum Administration for War) placed the petroleum industry as a whole in a better position with respect to its dealings with the government than general industry, it was still found necessary and desirable for the Purchasing Department to establish contacts with the following government agencies in addition to the Petroleum Administration for War:

War Production Board
Foreign Economic Administration
Office of Price Administration
Maritime Commission
War Shipping Administration
Office of Defense Transportation
Department of Agriculture
  War Food Administration
  U. S. Consumer Corporation
Office of the Quartermaster General (U. S. Army)
Bureau of Supplies and Accounts (U. S. Navy)
Treasury Procurement Division
Reconstruction Finance Corporation
  Commodity Credit Corporation
Bureau of the Census
Office of Scientific Research and Development
Office of War Utilities

In addition to the above activities, the Purchasing Department was called upon to submit and secured approval for approximately 211 projects involving construction having a total value (materials and labor) of approximately $146,563,000. This does not include the innumerable applications for priorities assistance, allocation of material, reports, etc., which were submitted through the facilities of the Purchasing Department and followed up by them through their contacts in the agencies listed above.

In order to handle the additional volume of work imposed on the Department because of government regulations, it was necessary to augment Purchasing Department personnel by the equivalent of 20 people and of the total Departmental personnel, it was found that priorities activities were of such a nature that all of the time or a good part of the time as many as 30 employees were involved during the peak period.

By V-J Day the number of then valid Regulations and Conservation Orders pertaining to procurement, use and inventories of materials had been reduced from the peak of approximately 1,100 to 250 not including amendments, interpretations, directions and schedules pertaining to these orders. Shortly after V-J Day a large number of revocations took place so that by the end of 1945 the number involved was down to approximately 75. These involved such unrelated items as metal cans, lead and lead chemicals, fats and oils (animal and vegetable), and textiles which were then still in critically short supply and will probably continue so until at least the end of 1946.

While as mentioned above, approximately 550 of the more than 1,100 restrictive orders and regulations effective at the peak period were of sufficient importance to warrant their distribution to the operating departments of the Company, for the purposes of this report we are confining outline to those whose effect was most direct as follows:

* Priorities Regulation No. 1 - Issued August 27, 1941. Establishes regulations pertaining to the priorities system.

M-36 - Issued August 29, 1941 - Revoked October 27, 1943 - Placed restrictions on use of manila cordage requiring use of substitute rope for all except most essential purposes. Upon revocation, control was transferred to M-84.

P-22 - Issued September 9, 1941 - Revoked December 18, 1941 - Provided priorities assistance for maintenance and repair materials and operating supplies. Was superseded by P-98-b for the Petroleum Industry and CMP Regulation No. 5 for other industries.

* M-38 - Issued October 4, 1941 - Placed restrictions on

use of lead, including litharge as required for doctoring solution for sweetening gasoline.

* M-43 - Issued December 17, 1941 - Placed restrictions on quantity of tin which may be used in the manufacture of certain products, including terne plate, tin plate and solder as required by the Case and Package Division for the manufacture of metal cans.

P-100 - Issued December 18, 1941 - Revoked June 26, 1943. Provided priorities assistance for maintenance, repair and operating supplies. For the Petroleum Industry superseded by P-98-b and other industry by CMP Regulation No. 5.

M-71 - Issued December 19, 1941 - Revoked June 15, 1943. Placed fats and oils such as used by the Company under quota and use controls. Superseded by FDO-42.

* M-47 - Issued December 22, 1941 - Restricts sale and use of burlap and burlap bags.

M-68 - Issued December 23, 1941 - Revoked August 26, 1944. Placed restrictions on use of materials in drilling operations, well spacing, etc. Superseded by PAO No. 11.

Rationing Order No. 1 - Issued December 30, 1941 - Revoked Nov. 6, 1942. Placed tires and tubes under OPA rationing controls. Was superseded by Rationing Order No. 1-A.

* Priorities Regulation No. 3 - Issued January 12, 1942. Outlines procedures with regard to use of preference ratings.

M-68-c - Issued January 14, 1942.- Revoked August 20, 1944 - Placed restrictions on use of materials in connection with marketing operations and construction. Was superseded by PAO No. 12.

Explosives - Issued January 28, 1942 - Revoked October 5, 1945 - Federal Regulations with regard to control and use of explosives in war or national emergency. Required obtaining of special licenses for companies and individuals handling explosives.

Rationing Order No. 2 - Issued January 30, 1942 - Superseded by Rationing Order No. 2B which was revoked October 30, 1945. Placed automobiles under rationing procedure.

* M-81 - Issued February 11, 1942 - Restricts manufacture and use of metal cans, drastically curtailing use for packaging petroleum products.

L-31 - Issued February 16, 1942 - Revoked October 25, 1943 - Placed limitation on delivery and use of natural gas. Was superseded by Utilities Order U-7 which was in turn revoked August 18, 1945.

* Priorities Regulation No. 7 - Issued February 17, 1942 - Established regulations with regard to certification of purchase orders, etc.

M-100 - Issued February 28, 1942 - Revoked June 23, 1944 - Placed trucks under ODT rationing control. Was superseded by ODT-44 which was in turn superseded by ODT-44A which was revoked December 1, 1945.

L-54 and Supplementary Orders - Issued March 5, 1942 - Revoked May 15, 1945 - Placed direct control over office machinery and typewriters restricting availability for Company use.

M-1-g - Issued March 10, 1942 - Revoked June 13, 1945 - Restricted the use of aluminum paint.

L-56 - Issued March 14, 1942 - Revoked October 15, 1943 - Restricted distribution and use of fuel and was superseded by PAO No. 13 which was revoked August 22, 1945.

M-77 - Issued March 23, 1942 - Revoked June 15, 1943 - Placed rapeseed oil under allocation control. Superseded by FDO-35 which was revoked November 1, 1945.

Rationing Order No. 4 - Issued March 24, 1942 - Superseded by Rationing Order 4A which expired April 22, 1944. Placed typewriters under rationing control.

L-86 - Issued April 8, 1942 - Revoked August 24, 1945 - Placed limitations on distribution and use of liquefied petroleum gas.

L-41 - Issued April 9, 1942 - Placed limits on use of materials in connection with construction. For the Petroleum Industry replaced October 20, 1943, by PAO No. 15 which was revoked September 1, 1945.

M-137 - Issued April 20, 1942 - Revoked June 1, 1944 - Placed benzol used by us in manufacture of lubricating oils and aviation gasoline under allocation. Was superseded by M-300 Schedule 22 which schedule was revoked August 31, 1945.

Priorities Regulation No. 9 - Issued April 25, 1942 - Revoked September 30, 1945. Established priorities procedures for foreign petroleum industry operators.

M-126 - Issued May 5, 1942 - Revoked May 16, 1945 - Restricted use of iron and steel for the manufacture of various commodities.

M-169 - Issued May 30, 1942 - Revoked November 7, 1944 - Placed Methyl Ethyl Ketone used by us in manufacture of lubrication oil under allocation. Was superseded by Schedule 64 of M-300, which schedule was revoked August 31, 1945.

Priorities Regulation No. 10 - Issued June 1, 1942 - Revoked November 5, 1942 - Established allocation classification for purchase and use of all material.

Priorities Regulation No. 11 - Issued June 10, 1942 - Revoked June 1, 1944 - Established priorities assistance and controls for manufacturers under the Production Requirements Plan. Was superseded by the Controlled Materials Plan as covered by various CMP Regulations.

* Priorities Regulation No. 13 - Issued July 7, 1942 - Establishes procedure and restrictions on sales of idle and excessive materials.

M-224 - Issued September 5, 1942 - Revoked June 1, 1945 - Placed furfural under allocation.

ODT-21 - Issued September 8, 1942 - Revoked August 16, 1945 - Established certificate of war necessity procedure for all trucks.

L-197 - Issued September 14, 1942 - Revoked August 20, 1945. Restricted use of metal drums including those used as shipping containers for petroleum products.

Preference Rating Order P-98-b - Issued September 15, 1942 - Revoked October 14, 1945 - Established preference rating procedures for petroleum industry procurement of materials required for maintenance, repair and operation as well as production and construction purposes.

M-212 - Issued October 10, 1942 - Revoked October 24, 1944 - Placed restrictions on distribution of petroleum coke.

M-188 - Issued October 10, 1942 - Revoked October 1, 1943 - Placed sodium sulfonates as used by us in the manufacture of cutting oils under allocation control. Superseded by PAO No. 16 which was revoked August 15, 1945.

Preference Rating Order P-98-c - Issued December 1, 1942 - Revoked September 1, 1945 - Placed restrictions on inventories of materials maintained by petroleum industry operators. Superseded by Priorities Regulation 32.

Controlled Materials Regulation No. 2 - Issued January 7, 1943 - Revoked August 28, 1945 - Established inventory limitations which affected operations of the Case and Package Plant at Port Arthur and the Drum and Barrel Factory at Port Neches. When this order was revoked, inventories at this plant automatically became subject to Priorities Regulation No. 32.

Controlled Materials Regulation No. 1 - Issued January 12, 1943 - Revoked September 30, 1945 - Established procedures under the Controlled Materials Plan for allocation of aluminum, steel and copper.

Controlled Materials Regulation No. 3 - Issued February 9, 1943.- Revoked September 30, 1945 - Outlined rules with reference to use of preference ratings under the Controlled Materials Plan.

Controlled Materials Regulation No. 5 - Issued February 9, 1943 - Revoked September 30, 1945 - Established preference ratings, and restrictions on use, for maintenance, repair and operating materials for persons operating under the Controlled Materials Plan.

P-140 - Issued February 24, 1943 - Revoked September 30, 1945 - Provided priorities assistance for procuring wooden shipping containers.

M-91 - Issued February 28, 1943 - Revoked August 20, 1945 - Placed restrictions on use of cotton duck of types such as used by us in connection with lubricating oil fitting operations.

Controlled Materials Regulation No. 7 - Issued March 1, 1943 - Revoked September 30, 1945 - Established standard forms of certification of purchase orders, etc.

M-201 - Issued March 3, 1943 - Revoked October 22, 1945 - Prohibited the use of preference ratings for deliveries of petroleum products.

M-292 - Issued March 12, 1943 - Revoked August 24, 1945 - Placed deliveries of coke with regard to source, destination, type or amount under War Production Board control.

Controlled Materials Regulation No. 6 - Issued March 22, 1943 - Revoked September 30, 1945 - Established procedures making Controlled Materials Plan applicable to construction and facilities.

Petroleum Administrative Order No. 11 - Issued March 30, 1943 - Revoked September 1, 1945 - Established well spacing pattern and other conditions under which material might be used for petroleum production and natural gasoline recovery operations.

FDO-53 - Issued May 25, 1943 - Revoked October 1, 1945 - Placed restrictions on use and inventories of certain animal fats used by us in connection with manufacture of grease.

Petroleum Administrative Order No. 12 - Issued June 24, 1943 - Revoked October 15, 1945 - Prohibited construction operations and installation of equipment except for maintenance and repair and certain other purposes for marketing operations.

Materials Redistribution Program No. 2 - Issued July 9, 1943 - Revoked September 1, 1945 - Established procedures for reporting and redistribution of surpluses of various types of materials and equipment used by the Petroleum Industry.

* FDO-67 - Issued July 26, 1943 - Places restrictions on use and inventories of certain animal fats used in the manufacture of petroleum greases.

FDO-76 - Issued August 17, 1943 - Revoked August 25, 1945- Placed wool grease as used by us in the manufacture of various petroleum products, particularly greases, under allocation and use control.

M-352 - Issued September 28, 1943 - Revoked April 16, 1945 - Placed acetone under allocation control. Was superseded by Schedule 102 of M-300, which schedule was revoked August 31, 1945.

Petroleum Administrative Order 16 - Issued September 29, 1943 - Revoked August 15, 1945 - Restricted the delivery, use, refining or other disposition of petroleum sulfonates of the types used by us for the manufacture of cutting oils and other petroleum products.

M-354 - Issued October 11, 1943 - Revoked November 17, 1944 - Placed inhibitors of the type used in gasolines under allocation control.

L-317 - Issued October 11, 1943 - Revoked August 22, 1945 - Limited use of fibre shipping containers for various items including petroleum products.

Petroleum Administrative Order No. 15 - Issued October 20, 1943 - Revoked September 1, 1945.

FDO-87 - Issued October 23, 1943 - Revoked August 25, 1944 - Placed limitations on use and inventories of fatty acids such as used by us in manufacture of certain greases.

FDO-3.1 - Issued January 8, 1944 - Established licensing procedures for supplying certain food products for ships operating under jurisdiction of War Shipping Administration and required our Port Arthur Commissary to become a licensed ship supplier. Superseded by WFO-74 on July 14, 1944, which order was revoked December 1, 1945.

M-370 - Issued January 21, 1944 - Revoked August 31, 1945 - Restricted quantities of chrome pigments which might be used in various paints of types used by us resulting in inferior quality.

M-300 - Issued February 11, 1944 - Controlled Allocation and use of practically all chemicals among which wire may be used by us in large quantities in our producing and refining operations. Although this order is still in effect (5/20/46) most of the schedules which gave it effect were revoked prior to December 31, 1945.

P-146 - Issued February 29, 1944 - Revoked September 30, 1945 - Provided Priorities Assistance for procuring fibre shipping containers.

L-335 - Issued March 22, 1944 - Revoked September 30, 1945 - Placed restrictions on use and established special application procedures for lumber required in our operations.

* Priorities Regulation 23 - Issued July 22, 1944.

Priorities Regulation 24 - Issued July 29, 1944 - Revoked August 29, 1945.

Priorities Regulation 25 - Issued August 15, 1944 - Revoked August 24, 1945 - Established procedures for procurement of materials for manufacture of post-war experimental models and the return to manufacture of civilian items under spot authorization plan.

Priorities Regulation 26 - Issued December 23, 1944 - Revoked August 29, 1945- Required compliance with War Manpower Commission regulations in connection with priorities procedures.

* Orders which were still in effect as of the end of 1946.