UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**PARISH OF CAMERON ET AL**    **CASE NO. 2:18-CV-00677**

**VERSUS**    **JUDGE SUMMERHAYS**

**AUSTER OIL & GAS INC ET AL**    **MAGISTRATE JUDGE KAY**

MINUTES OF COURT:
Miscellaneous Hearing

| Date: | January 16, 2019 | Presiding: | Judge Robert R. Summerhays |
|---|---|---|---|
| Court Opened: | 10:01 A.M. | Courtroom Deputy: | Tina Benoit |
| Court Adjourned: | 12:48 A.M. | Court Reporter: | D D Juranka |
| Statistical Time: | 2/47 | Courtroom: | CR4 |
|  |  | Probation Officer: |  |

**APPEARANCES**

| | | |
|---|---|---|
| Victor L Marcello,<br>David P Bruchhaus,<br>Donald T Carmouche,<br>John H Carmouche,<br>William Robert Coenen, III,<br>Matthew Patrick Keating,<br>Christopher D Martin,<br>Chadd E Mudd,<br>Michael Keith Prudhomme,<br>Todd J Wimberly,<br>Wesley Alan Romero | For | Parish of Cameron, Plaintiff |
| Alexandra Giselle White,<br>Peter D Keisler,<br>Pamela R Mascari | For | Chevron Pipe Line Co, Defendant<br>Chevron U S A Holdings, Inc.<br>Defendant<br>Chevron U S A Inc, Defendant<br>Texas Co, Defendant |
| Donald W Price | For | LA Dept of Natural Resources,<br>Interpleader |
| George Arceneaux III,<br>Emily Claire Borgen,<br>Nancy G Milburn | For | B P America Production Co,<br>Defendant |

| | | |
|---|---|---|
| Brian Wesley Cappell | For | Samuel Gary Jr & Associates Inc, Defendant<br>B P America Production Co, Defendant |
| Jonathan R Cook,<br>Guy Earl Wall | For | Taylor Energy Co L L C, Defendant |
| Valerie Vige Guidry | For | Texas Petroleum Investment Co, Defendant |
| Charles M Jarrell | For | Vernon E Faulconer, Inc, Defendant |
| Deborah D Kuchler | For | Kerr-McGee Oil & Gas Onshore L P, Defendant |
| William D Lampton,<br>William Thomas McCall, Jr,<br>Joshua A Norris,<br>Gary J Russo | For | Gulfport Energy Corp, Defendant |
| Douglas C Longman, Jr | For | Apache Corp, Defendant |
| David N Luder | For | Hilcorp Energy Co, Defendant |
| Carl David Rosenblum | For | Freeport Sulphur Co, Defendant |
| Ryan Michael Seidemann | For | LA Attorney General, Intervenor |
| Martin A Stern | For | Exxon Mobil Corp, Defendant |
| Etienne C Lapeyre | For | Davis Oil Co, Defendant |
| Matthew Brandon Smith | For | Total Petrochemicals & Refining U S A Inc, Defendant |
| Daniel B Stanton | For | Bay Coquille, Inc, Defendant<br>Brammer Engineering, Inc, Defendant |
| Richard M Simses | For | Great Southern Oil & Gas Co, Inc., Defendant |

| | | |
|---|---|---|
| Richard Broussard | For | Keith Stutes, Plaintiff |

## **PROCEEDINGS**

This matter was called for oral argument on [104] Objection to Report and Recommendation. After hearing argument from counsel, this matter was taken under advisement.