UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
(LAKE CHARLES DIVISION)

| | |
|---|---|
| THE PARISH OF CAMERON, et al, | * CIVIL ACTION NO. 2:18-CV-00677 |
| Plaintiff, | * JUDGE ROBERT R. SUMMERHAYS |
| versus | * |
| | * MAGISTRATE JUDGE KATHLEEN KAY |
| AUSTER OIL AND GAS, INC., et al | * |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**MOTION FOR A STATUS CONFERENCE**

Defendants do not oppose any conference the Court may ultimately deem helpful but submit that any such conference now would be premature. Additionally, Plaintiffs' Motion for a Status Conference omits several key facts about this and the other 41 similar lawsuits filed by the State of Louisiana and six Parishes—specifically, that the cases are either stayed or a decision on the merits has been postponed.

First, in *Plaquemines Parish v. Riverwood Production Co.*, No. 18-cv-5217 (E.D. La. May 28, 2019) (ECF No. 79), Judge Feldman ordered remand but acknowledged that there is "substantial ground for differences of opinion" on threshold jurisdictional issues. He then stayed further proceedings in the *Riverwood* matter to prevent remand until the Fifth Circuit could rule on the appeal.

Second, the three judges overseeing the remainder of the coastal erosion cases in the Eastern District have also issued stays pending the Fifth Circuit's resolution of *Riverwood. See, e.g.*, *St. Bernard Parish v. Atl. Richfield Co.*, ECF 55, No. 18-cv-5222 (J. Barbier); *Plaquemines Parish v. LLOG Exploration & Prod. Co.*, ECF 38, No. 18-cv-

1

5265 (J. Zainey); *Plaquemines Parish v. Palm Energy Offshore, L.L.C.*, ECF 42, No. 18-cv-05259 (J. Fallon). Plaintiffs filed motions to lift these stays, raising arguments similar to those offered here. All of these motions were denied. *See, e.g.*, *St. Bernard Parish v. Atl. Richfield Co.*, ECF 57, No. 18-cv-5222 (J. Barbier); *Plaquemines Parish v. LLOG Exploration & Prod. Co.*, ECF 42, No. 18-cv-5265 (J. Zainey); *Plaquemines Parish v. Palm Energy Offshore, L.L.C.*, ECF 49, No. 18-cv-05259 (J. Fallon).

Third, after their district court motions to lift the stays were denied, Plaintiffs asked the Fifth Circuit to lift the stay in *Riverwood*. Plaintiffs also asked the Fifth Circuit to dismiss the federal question portion of Defendants' appeal. The Fifth Circuit motions panel ordered both motions to be carried with the case and thus deferred resolution to the merits panel. *Plaquemines Parish v. Riverwood Production Co.*, No. 19-30492 (5th Cir. Aug. 14, 2019).

Against this backdrop, Plaintiffs ask this Court to convene a status conference. Plaintiffs accuse Defendants of engaging in delay tactics for pursuing what Judge Feldman made clear were good-faith arguments, and for pursuing an ensuing Fifth Circuit appeal. And Plaintiffs make that accusation even though it was Plaintiffs who extended this litigation by waiting until their April 30, 2018 Expert Report to reveal their specific World War II-era allegations. Moreover, Defendants have already filed their appellants' brief and Plaintiffs will soon file their brief.

Given the status of the appeal, Defendants suggest that if any status conference is to be set, it would be better to do so after the appeal is decided. But, of course, Defendants are at the Court's pleasure.

Respectfully submitted:

*/s/ Alexandra White*
Alexandra White (#29478)
lwhite@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**KEAN MILLER LLP**
Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pamela.mascari@keanmiller.com
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

-and-

**KEAN MILLER LLP**
Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
909 Poydras, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

*Attorneys for Defendants Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc., Chevron Pipeline Company and The Texas Company*

-and-

/s/ Kelly B. Becker
R. Keith Jarrett (No. 16984)
rkjarrett@liskow.com
Mark L. McNamara (No. 25170)
mlmcnamara@liskow.com
Dana M. Douglas (No. 26866)
dmdouglas@liskow.com
Kelly Brechtel Becker (No. 27375)
kbbecker@liskow.com
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for Shell Offshore, Inc., Shell Oil Company, and SWEPI LP*


-and-
/s/ George Arceneaux
George Arceneaux III (#17442)
Emily C. Borgen (#35441)
**LISKOW & LEWIS**
822 Harding Street
P.O. Box 52008
Lafayette, Louisiana 70505
Telephone: (337) 232-7424
Facsimile: (337) 267-2399
E-mail: garceneaux@liskow.com
E-mail: ecborgen@liskow.com

Joe B. Norman (#8160)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
E-mail: jbnorman@liskow.com

Nancy G. Milburn (pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710

Telephone: (212) 836-8383
Facsimile: (212) 836-8689
E-mail: nancy.milburn@arnoldporter.com

Matthew T. Heartney (pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4150
Facsimile: (213) 243-4199
E-mail: matthew.heartney@arnoldporter.com

*Attorneys for BP America Production Company*

-and-

/s/ Robert B. McNeal_____
Robert B. McNeal (No. 14211)
rbmcneal@liskow.com
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Michael P. Cash (No. 31655)
mcash@liskow.com
**LISKOW & LEWIS**
First City Tower
1001 Fannin Street
Houston, Texas 77002-6756
Telephone: (713) 651-2900
Facsimile: (713) 651-2908

Jamie D. Rhymes (No. 24621)
jdrhymes@liskow.com
**LISKOW & LEWIS**
822 Harding Street
Lafayette, Louisiana 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

-and-

Martin A. Stern (No. 17154)
martin.stern@arlaw.com
Glen M. Pilié (No. 1539)
glen.pilie@arlaw.com
Jeffrey E. Richardson (No. 23273)
jeffrey.richardson@arlaw.com
Alexandra G. Roselli (#37847)
alexandra.roselli@arlaw.com
**ADAMS AND REESE LLP**
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

-and-

Roy C. Cheatwood (No. 04010
rcheatwood@bakerdonelson.com
Monica A. Frois (No. 20187)
mfrois@bakerdonelson.com
Matthew A. Woolf (No. 27146)
mwoolf@bakerdonelson.com
Tyler L. Weidlich (No. 30790)
tweidlich@bakerdonelson.com
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

***Attorneys for Exxon Mobil Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, a copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                  */s/ Alexandra White*
                                                  Alexandra White