## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

PARISH OF CAMERON ET AL                  CASE NO.  2:18-CV-00677

VERSUS                                   JUDGE SUMMERHAYS

AUSTER OIL & GAS INC ET AL               MAGISTRATE JUDGE KAY

### ORDER

Presently before the court is the Motion to Remand [doc. 67] filed by Parish of Cameron and the Joint Motion to Remand [doc. 71] filed by the Louisiana Attorney General and the Louisiana Department of Natural Resources, Office of Coastal Management. Based on the Reasons for Decision entered this day,

IT IS ORDERED THAT both the Motion to Remand [doc. 67] and the Joint Motion to Remand [doc. 71] are GRANTED.

THUS DONE in Chambers on this 26th day of September, 2019.

_____
Robert R. Summerhays
United States District Judge