

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

*800 Lafayette Street, Suite 2100*
*Lafayette, LA  70501*
*337-593-5085*

October 2, 2019

## Via Email and U S Mail

Susan Racca
Cameron Parish Clerk of Court
P.O. Box 549
Cameron, LA 70631-0549

Re:   Cameron Parish Cases

Dear Ms. Racca:

Attached please find true attested copies of Orders signed by Hon. Robert R Summerhays vacating the removals in the cases listed below which were previously forwarded to your office.

| Western District Case No. | Cameron Parish Case No. | Caption |
|---|---|---|
| 2:18-cv-00679 | 10-19583 | *Cameron et al v. Brammer Engineering Inc et al* |
| 2:18-cv-00685* | 10-19573 | *Cameron et al v. Bay Coquille Inc et al* |
| 2:18-cv-00687 | 10-19576 | *Cameron v. B P America Production Co et al* |
| 2:18-cv-00689 | 10-19578 | *Cameron et al v. Anadarko E & P Onshore L L C et al* |

*Notice of remand printed but not actually mailed.

Case LAWD #2:18-cv-00677, Cameron Parish #10-19582 entitled Cameron et al v. Auster Oil & Gas Inc et al is the only case intended to be removed to your court.

If you need any additional information, please do not hesitate to contact me at 337-593-5085.

Sincerely,

TONY R. MOORE, Clerk of Court