# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **PARISH OF CAMERON ET AL** | **CASE NO. 2:18-CV-00677** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **AUSTER OIL & GAS INC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

The present matters before the Court are a Motion to Remand [ECF No. 67] filed by the Parish of Cameron and a Motion to Remand [ECF No. 71] filed by intervenor-plaintiffs, the State of Louisiana ex rel., the Louisiana Attorney General, and the Louisiana Department of Natural Resources. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the two Motions to Remand [ECF No. 67 and 71] are GRANTED. In order to permit the Defendants an opportunity to seek an extended stay of this ruling, the Court will temporarily stay the effect of the remand for a period of twenty (20) days. If no further stay is entered by this or a higher court within twenty (20) days, the Clerk is directed to transmit the case back to the state court.

THUS DONE in Chambers on this 22nd day of December, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE