# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 17, 2023

Mr. Tony R. Moore
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 23-30056    Parish of Cameron v. BP America Prod
                          USDC No. 2:18-CV-677

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Majella A. Sutton, Deputy Clerk
                                            504-310-7680

cc w/encl:
    Mr. George Arceneaux III
    Ms. Kelly Brechtel Becker
    Mr. James B. Canfield
    Mr. Donald T. Carmouche
    Ms. Jennifer Jo Clark
    Ms. Michele Hale DeShazo
    Mr. David Charles Frederick
    Ms. Sarah Elizabeth Iiams
    Mr. Russell Keith Jarrett
    Mr. Steven Beauregard Jones
    Mr. Peter D. Keisler
    Mrs. Deborah DeRoche Kuchler
    Ms. Jennifer Kwapisz
    Mr. Victor L. Marcello
    Mr. Robert Beattie McNeal
    Ms. Nancy Gordon Milburn

```
Mr. Ryan C. Morris
Mr. Chad Ellis Mudd
Mr. Donald Wayne Price
Mr. Ryan Michael Seidemann
Mr. Daniel Severson
Ms. Alexandra Giselle White
```

# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-30056

_____

A True Copy
Certified order issued Mar 17, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Parish of Cameron,

               *Plaintiff—Appellee*,

State of Louisiana, *ex rel*, Jeff Landry; State of Louisiana, *on behalf of Louisiana Department of Natural Resources, on behalf of Office of Coastal Management, on behalf of Thomas F. Harris*,

             *Intervenor Plaintiffs—Appellees*,

*versus*

BP America Production Company; Chevron Pipe Line Company; Chevron USA Holdings, Incorporated; Chevron USA, Incorporated; Exxon Mobil Corporation; Kerr-McGee Oil & Gas Onshore, L.P.; Shell Offshore, Incorporated; Shell Oil Company; SWEPI, L.P.; Texas Company,

              *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:18-CV-677

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of March 17, 2023, pursuant to appellant's unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT